No. 93–1026. MOORE *v.* INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 569 ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–1027. HORNING *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 93–1028. PLAN COMMITTEE OF BANK BUILDING & EQUIPMENT CORPORATION OF AMERICA, IN LIQUIDATION *v.* RELIANCE INSURANCE COMPANY OF ILLINOIS. C. A. 8th Cir. Certiorari denied.

No. 93–1031. D'ALBISSIN *v.* SHUTTS & BOWEN. C. A. 11th Cir. Certiorari denied.

No. 93–1034. GORE *v.* BABBITT, SECRETARY OF THE INTERIOR, ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–1037. BELGARD-KRAUSE ET AL. *v.* UNITED AIRLINES. Ct. App. Colo. Certiorari denied.

No. 93–1040. EMPRESA NACIONAL SIDERURGICA, S. A. *v.* YOUNG. Ct. App. La., 4th Cir. Certiorari denied.

No. 93–1042. DESALVO ET AL. *v.* LOUISIANA ET AL. Sup. Ct. La. Certiorari denied.

No. 93–1045. JEWISH MEMORIAL HOSPITAL ET AL. *v.* MASSACHUSETTS ET AL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 93–1046. WILSON *v.* HARLOW ET AL. Sup. Ct. Okla. Certiorari denied.

No. 93–1048. COOPER ET AL. *v.* ARMSTRONG RUBBER CO. C. A. 5th Cir. Certiorari denied.

No. 93–1050. E. F. ETIE SHEET METAL CO. *v.* SHEET METAL WORKERS LOCAL UNION No. 54, AFL–CIO, ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–1053. SCHWARTZ ET AL. *v.* WORRALL PUBLICATIONS, INC., ET AL. Super. Ct. N. J., App. Div. Certiorari denied.